UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PAUL CZUPRYN, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     vs. | ) CAUSE NO. 2:07-cv-350-WTL-WGH |
| | ) |
| KEVIN D. BURKE, et al., | ) |
| | ) |
|   Defendants. | ) |

## JUDGMENT

The Court having this date granted the Defendants' motion for summary judgment, judgment is hereby entered in favor of all of the Defendants on the Plaintiff's complaint.

SO ORDERED: 04/09/2009

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

William W. Drummy
WILKINSON GOELLER MODESITT
WILKINSON & DRUMMY
wwdrummy@wilkinsonlaw.com

Eric A. Frey
FREY LAW FIRM
freylaw@aol.com

Mark Douglas Hassler
HUNT HASSLER & LORENZ, LLP
hassler@huntlawfirm.net